UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: JAMES EDWARD BROOKS                                    CASE NO.16-60420-RBK

DEBTOR(S)                                                      CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on Friday, June 3, 2016. The Debtor's plan has not been confirmed by the Court. the Debtor's case was converted on March 09, 2017.

2. The Trustee has a balance on hand in this case in the amount of $3,450.19 which is owed to the Debtor as a refund. The Trustee has attempted to locate the Debtor but the Debtor's whereabouts are unknown.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the Debtor's whereabouts are unknown.

4. The Trustee's check for $3,450.19, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Debtor | Amount of Disbursement Check |
|---|---|
| James Edward Brooks<br>2500 Black Orchid Dr.<br>Killeen, TX 76549-5800 | $3,450.19 |

Dated: August 04, 2017

/s/Ray Hendren
Ray Hendren
3410 Far West Blvd
Suite 200
Austin, TX 78731
(512) 474-6309

1

**United States Bankruptcy Court**
**Western District of Texas**
**Waco**

IN RE:  CASE NO.: **16-60420**
**JAMES EDWARD BROOKS**  CHAPTER 13

**CERTIFICATE OF SERVICE**
----------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties via electronic means as listed on the Court's ECF noticing sytem or by regular mail on **August 04, 2017**.

Baker & Tisdale Pllc
809 S Ws Young Dr
Killeen, TX 76543

Barrett Daffin Frappier Turner
& Engel Llp
4004 Belt Line Rd Ste 100
Addison, TX 75001

United States Trustee
903 San Jacinto
Suite 230
Austin, TX 79701

/s/ Ray Hendren
_____

Ray Hendren
Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, Tx 78731